JUDGE NATHAN

USDC SDNY
ORIGINAL DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 5 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :       INDICTMENT
                                 :
ANTHONY RODRIGUEZ,               :       16 Cr.
                                 :
              Defendant.         :
                                 :       **16 CRIM 007**
- - - - - - - - - - - - - - - - x

### COUNT ONE

**(Felon in Possession of Ammunition)**

The Grand Jury charges:

1.  On or about October 26, 2015, in the Southern District of New York and elsewhere, ANTHONY RODRIGUEZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce ammunition, to wit, .380 caliber Federal and Remington-Peters ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

### COUNT TWO

**(Felon in Possession of Ammunition)**

The Grand Jury further charges:

2.  On or about July 22, 2014, in the Southern District of New York and elsewhere, ANTHONY RODRIGUEZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for

a term exceeding one year, knowingly did possess in and affecting commerce ammunition, to wit, 5.56mm NATO caliber Lake City Brand ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____  
FOREPERSON    1/5/16

_____  
PREET BHARARA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY RODRIGUEZ,

Defendant.

INDICTMENT

16 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

*[signature]*
1/5/16

1/5/16 - Filed Indictment
Case assigned to J Nathan
J Peck.
USMJ.