

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:    United States v. Anthony Rodriguez,
              16 Cr. 007 (AJN)

Dear Judge Nathan:

      The Government writes, with the consent of defense counsel, to respectfully request that the arraignment in the above-referenced matter be held on January 21, 2016, at 4:00 p.m., a date and time we understand to be convenient for the Court.

      In addition, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the arraignment. An exclusion of time serves the interests of justice in that it will permit the Government to produce discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, permit the defendant to review the produced material, and permit the parties to discuss a potential pretrial resolution of this matter.

                                                    Respectfully submitted,

                                                    PREET BHARARA
                                                    United States Attorney for the
                                                    Southern District of New York

                        By: _____
                               Jason A. Richman
                               Assistant United States Attorney
                               (212) 637-2589

cc:    Joshua Dratel, Esq. (by ECF)