

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    United States v. Anthony Rodriguez,
                 16 Cr. 007 (AJN)

Dear Judge Nathan:

       The Government writes, with the consent of defense counsel, to respectfully request that the arraignment in the above-referenced matter be held on January 21, 2016, at 4:00 p.m., a date and time we understand to be convenient for the Court.

       In addition, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the arraignment. An exclusion of time serves the interests of justice in that it will permit the Government to produce discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, permit the defendant to review the produced material, and permit the parties to discuss a potential pretrial resolution of this matter.

> The Government's consented requests are GRANTED.
>
> An arraignment is hereby scheduled for January 21, 2016 at 4:00 p.m.
>
> The Court finds that the ends of justice served by granting an exclusion from the speedy trial computations from today's date through January 21, 2016 outweigh the interests of the public and the Defendant in a speedy trial in order to allow the parties to produce and review discovery and discuss a potential pretrial resolution of the matter.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Jason A. Richman
Assistant United States Attorney
(212) 637-2589

    cc:    Joshua Dratel, Esq. (by ECF)

SO ORDERED: 1/6/16
_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE