USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 19 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Anthony Rodriguez,

            Defendant.

16-CR-7 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Trial in this matter is set for December 12, 2016. In light of this trial date, it is hereby ORDERED that the parties appear for a final pretrial conference on December 2, 2016, at 10:00 a.m., in Courtroom 906 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York.

    IT IS FURTHER ORDERED that on or before October 3, 2016, the parties shall submit: (1) an agreed upon 1-2 paragraph description of the case to be read to potential jurors during Voir Dire; (2) any Voir Dire requests; and (3) any Requests to Charge. With respect to Requests to Charge, the parties shall indicate whether the request is made jointly and, if not, whether a party objects to a particular request. Any party objecting to a request shall indicate the legal basis for their objection.

    IT IS FINALLY ORDERED that any 404(b) motions and motions *in limine* be filed by October 3, 2016. Opposition papers, if any, shall be filed by October 10, 2016 and Replies, if any, shall be filed by October 17, 2016.

SO ORDERED:

Dated: April ___, 2016
       New York, New York

_____
ALISON J. NATHAN
United States District Judge