

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    <u>United States</u> v. <u>Anthony Rodriguez</u>,
           16 Cr. 007 (AJN)

Dear Judge Nathan:

      The Government writes, with the consent of defense counsel, to respectfully request an adjournment of the upcoming status conference, currently scheduled for May 23, 2016, at 10:00 a.m., until any time on June 13, June 14, or June 15 that is convenient for the court. The parties are currently working towards a potential disposition of this matter but will not have reached one by May 23, 2016.

      In addition, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. An exclusion of time serves the interests of justice in that it will permit the parties to continue to discuss a potential pretrial resolution of this matter.

                                                             Respectfully submitted,

                                                             PREET BHARARA
                                                             United States Attorney for the
                                                             Southern District of New York

                                  By:  _____
                                               Jason A. Richman
                                               Assistant United States Attorney
                                               (212) 637-2589

cc:     Joshua Dratel, Esq. (by ECF)