**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 13 2016

May 12, 2016

BY ECF

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:   United States v. Anthony Rodriguez,
      16 Cr. 007 (AJN)

Dear Judge Nathan:

The Government writes, with the consent of defense counsel, to respectfully request an adjournment of the upcoming status conference, currently scheduled for May 23, 2016, at 10:00 a.m., until any time on June 13, June 14, or June 15 that is convenient for the court. The parties are currently working towards a potential disposition of this matter but will not have reached one by May 23, 2016.

In addition, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. An exclusion of time serves the interests of justice in that it will permit the parties to continue to discuss a potential pretrial resolution of this matter.

> The Government's consented request is GRANTED and the conference currently scheduled for May 23, 2016 is adjourned to June 13, 2016 at 3:00 p.m.
>
> The Court finds that the ends of justice served by granting an exclusion from the speedy trial computations from May 23, 2016 to June 13, 2016 outweigh the interests of the public and the Defendant in a speedy trial in order to allow the parties to continue negotiations toward a disposition of this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: *J. A. Rich*
Jason A. Richman
Assistant United States Attorney
(212) 637-2589

cc:   Joshua Dratel, Esq. (by ECF)

SO ORDERED:  5/13/16

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE