

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: SEP 2 7 2016

Re:   United States v. Anthony Rodriguez,
      16 Cr. 007 (AJN)

Dear Judge Nathan:

The Government writes, jointly with defense counsel, to respectfully request a two-week adjournment of the upcoming deadline for the filing of (1) an agreed upon 1-2 paragraph description of the case to be read to potential jurors during Voir Dire; (2) any Voir Dire requests; (3) any Requests to Charge; (4) any motions brought pursuant to Rule 404(b) of the Federal Rules of Evidence; and (5) any motions *in limine*, for the above-referenced matter. The current deadline for these submission is October 3, 2016. The parties continue to engage in discussions concerning a potential pretrial disposition of this matter. In part due to the recent travel schedules of counsel, these conversations have not yet been completed. As such, the parties propose that the above filings be due to the Court on October 17, 2016, with opposition papers, if any, filed by October 24, 2016, and replies, if any, filed by October 31, 2016.

The parties' requested extension is GRANTED.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Jason A. Richman
Assistant United States Attorney
(212) 637-2589

cc:   Joshua Dratel, Esq. (by ECF)

SO ORDERED:  9/27/16

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE