UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                    -v-

Anthony Rodriguez,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 29, 2016

16-CR-7 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 29, 2016, the Court received via regular mail a letter from Defendant

Rodriguez. Defense counsel shall, following consultation with his client, advise the Court on or

before October 7, 2016 whether a conference before the Court is being requested.

A copy of Defendant Rodriguez's letter has been forwarded to his counsel and the letter

has been filed under seal.

SO ORDERED

Dated:  September 29, 2016
        New York, New York

ALISON J. NATHAN
United States District Judge