LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                    STEVEN WRIGHT
—                                                                                                  *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

October 7, 2016

**ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:     *United States v. Anthony Rodriguez*,
                      16 Cr. 007 (AJN)

Dear Judge Nathan:

     This letter is submitted on behalf of defendant Anthony Rodriguez, whom I have been appointed to represent pursuant to the Criminal Justice Act in the above-entitled matter, and is in response to the Court's September 29, 2016, Order (Docket # 15). After consulting with Mr. Rodriguez, a conference with the Court is requested for the purpose of Mr. Rodriguez seeking new appointed counsel. I am available Tuesday, Thursday, and Friday of next week, but Wednesday, October 12, 2016, will be observing Yom Kippur.

                                                            Respectfully submitted,

                                                             Joshua L. Dratel

JLD/

cc:     Jason A. Richman
       Michael Gerber
       Assistant United States Attorneys