UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Anthony Rodriguez,

Defendant.

16-CR-007 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 7, 2016, the Court received a letter from counsel to Defendant Anthony Rodriguez advising that Mr. Rodriguez seeks a change of appointed counsel. Dkt. No. 17. The Court will address this request at a conference on Thursday, October 13, 2016 at 4:30 p.m. in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

SO ORDERED

Dated: October 7, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 07 2016