UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                            :

UNITED STATES OF AMERICA,       :

                            :

         - v. -             :          No. 16-CR-007(AJN)

                            :

ANTHONY RODRIGUEZ,        :

                            :

             Defendant.   :

                            :

-------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted to practice in this Court, and, having been

appointed pursuant to the Criminal Justice Act, I appear as counsel for Anthony Rodriguez.

Dated:  Brooklyn, New York
        October 14, 2016

                           Respectfully submitted,

                           Ezra Spilke
                           Law Offices of Ezra Spilke, PLLC
                           315 Flatbush Avenue, Suite 512
                           Brooklyn, New York 11217
                           T: (646) 762-9713
                           ezra@spilkelaw.com