UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

           -v-

Anthony Rodriguez,

                      Defendant.

16 Cr. 7 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    For the reasons set forth on the record at the conference held on October 13, 2016, the Court relieved CJA Attorney Mr. Joshua L. Dratel as counsel for the defendant and allowed the substitution of CJA Attorney Mr. Ezra Spilke to represent the defendant. Mr. Spilke shall promptly file a Notice of Appearance.

    IT IS FURTHER ORDERED that the Clerk of Court shall terminate the appearance of Mr. Dratel.

SO ORDERED:

Dated: October 14, 2016
       New York, New York

_____
ALISON J. NATHAN
United States District Judge