# Law Offices of Ezra Spilke

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 5 2020
```

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

March 4, 2020

**BY ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Rodriguez*, No. 16-CR-7-AJN
      *Rodriguez v. United States*, No. 19-CV-11662-AJN

Dear Judge Nathan:

I write to request a modification of the briefing schedule. This is the first such request for either party. I have conferred with counsel for the government, who consents to this request.

Mr. Rodriguez filed a *pro se* motion under 28 U.S.C. § 2255 to vacate his convictions pursuant to *Rehaif v. United States*, 139 S. Ct. 2191 (2019). On January 6, 2020, the Court ordered the government to respond to the motion on or before March 6. On January 24, 2020, the Court granted Mr. Rodriguez's request, through counsel, to submit a supplemental brief in further support of Mr. Rodriguez's *Rehaif* claim on or before March 6 with the government's opposition brief to be filed on or before May 5.

I am in the process of obtaining from the New York State courts the criminal file for the prior felony that formed the predicate for the 18 U.S.C. § 922(g) crimes of which Mr. Rodriguez was convicted. In addition, I am beginning a two-week trial on March 9, 2020, before the Honorable Paul A. Engelmayer in *United States v. Carl Andrews*, No. 19-Cr-131 (PAE).

Accordingly, Mr. Rodriguez respectfully requests a modification of the briefing schedule whereby Mr. Rodriguez is to file a supplemental brief on or before April 17, 2020, to which the government may respond on or before June 17, 2020. Mr. Rodriguez also requests that any reply be filed on or before July 1, 2020. Mr. Rodriguez and I appreciate the Court's considerate attention to this matter.

SO ORDERED.

SO ORDERED: 3/4/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s Ezra Spilke*
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
(718) 783-3682
*Counsel for Anthony Rodriguez*

Cc: Mr. Anthony Rodriguez by U.S. Mail
All counsel of record by ECF