UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Anthony Rodriguez,

           Defendant.

16-cr-07 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2020

ALISON J. NATHAN, District Judge:

      The Court received the attached letter by mail.

      Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, the Court hereby appoints Ezra Spilke to represent Mr. Rodriguez in connection with his compassionate release motion. As soon as possible, but no later than December 4, 2020, Mr. Spilke should make a submission in support of Mr. Rodriguez's motion or request additional time, as necessary. The Government shall file any supplemental response within one week of the date of the supplemental submission.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Rodriguez and to note the mailing on the public docket.

      SO ORDERED.

Dated: November 20, 2020
       New York, New York

                                        ALISON J. NATHAN
                                     United States District Judge

16 CR 7 (AJN).                                    11-11-20

Dear Honorable Judge Alison J. Nathan,

My name is Anthony Rodriguez, inmate number 74402-054. I was sentenced to 108 months and I've done 60 months out of that sentence. My time in prison helped me control my anger and I now realize how much I been hurting my loved ones. I'm writting you this letter to inform you on how I'm being neglected in FCI Fort Dix institution. As you know by now there's an outbreak in this prison. 252 out of 262 inmates have tested positive for Covid-19 in my unit alone. I'm one of the inmates who tested positive for the virus. My unit 5812 is being used as a quarintine Building. Everytime Staff test an inmate and he comes up positive Staff brings the inmate in our unit and we're exposed to the virus once again. There's no way I can quarintine or social distance in this facility being that we all live in 12 man Rooms. There's no medical staff on the weekends

here. I'm not able to buy the things I need to help me get through my symptoms such as tea, vitamins, and other necessity. I been denied legal calls from my Counselor and I have'nt recieved legal mail from my Lawyer since this pandemic which is illegal. I know I commited a serious crime and I'm being rehabilitated for society but I'm afraid for my health and safety.

Anthony Rodriguez 74402-054

*[signature]*