UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020

United States of America,

–v–

Anthony Rodriguez,

                Defendant.

16-cr-07 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court received the attached letters by mail. Unredacted copies of the letters will be filed under seal.

      SO ORDERED.

Dated: December 9, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

16 CR 7

Hon. Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

December 3, 2020

      My name is Krystal Graham and I am writing this letter regarding Anthony Rodriguez. Before I begin to express the caring, loving, and family orientated Anthony is; I will fill you in on how it all began. It was 2006 when I met Anthony, I was only 11 years old. I had always looked up to him for his sense of Honesty and Responsibility which today has made him not only my friend but family. It was the sympathetic Manner In which he treated me and those around him, as well as the gratitude and appreciation he shows to others that has kept Anthony a part of my Family for so many years.

    Anthony was always very supportive of my career in the medical field. When midterms and times of study became very difficult for me Anthony was always there with words of encouragement to help me get through. He was supportive of all those around him. Whatever and for whatever I needed Anthony would be right there no matter the time and again this was just Anthony's character. He is always helping those around him. Anthony is such a humanitarian that he would plan fun activities to have everyone around as well as his family. Anthony always made those around him comfortable and would love to see them smile. He is a giving and generous person that is Always kind. Anthony wears his heart on his sleeve, and it has my incomplete affliction to know that the person I considered a brother is no longer near to embrace me with his warm hugs and fill my life with laughter. But the toughest to deal with Was Anthony not being able to see me graduate or get sworn in for the medical union I currently work for as a Hospital Organizer. (Seiu 1199)

    I myself am a mother of a four-year-old boy who Anthony has not had the chance to meet. Anthony has been an amazing uncle to his nieces and nephews and has always displayed great qualities when caring for other people's children in general. I have watched Anthony read books and teaching children things such as tying their shoelaces, which my son hasn't had that chance yet.

    Today I work for SEIU 1199 medical union. I have served the community during the COVID-19 pandemic for 2 medical hospitals (the Brooklyn hospital Center and , Montefiore Hospital ) It was Anthony's drive and determination That Encourage me to not be scared during these hard times and continue to serve the community during one of the hardest times around the world. I hope whoever reads this letter takes into consideration that here lies a family member whom has made a mistake and paid his dues back to society and has the potential to change his life around for the better. I Currently hold the title for the Jobs committee at 1199 which I can assist him

with secure employment upon release. I pray every night for Anthony that he can have him another chance to reunite with his family. I asked the person whom is reading this letter to feel compassion of the case and allow Anthony a chance for reunification as he is a great friend and humanitarian.



*Krystal Graham*
*SEIU 1199*

## PATIENT ACCESS ORGANIZER

## MORRIS HEIGHTS HEALTH CENTER



The Caring Place
Where the patient is at the center of everything we do.

Chanel Butler

November 19, 2020

Honorable Judge Alison J. Nathan
Thurgood Marshall U.S. Courthouse
40 Foley Square New York, NY 10007

Dear Honorable Judge Alison J. Nathan
    My name is Chanel Butler, I am writing on behalf of Anthony Rodriguez. Mr. Rodriguez has recently put in a request for Compassionate release due to contracting the Corona virus. He became positive with Covid 19 due to being transferred to a different housing area. This transfer put him at a much higher risk at contracting the virus. He is currently suffering from loss of appetite and smell, as well as having difficulty with breathing. To date there has been more than 238 positive Covid 19 cases in his facility. Mr. Rodriguez is still fighting this virus which as not been easy for him. He is still surrounded

by many other inmates that have tested positive for Covid 19. After 7pm on weekdays there are no medical staff, and none at all on the weekneds.

Mr. Rodriguez is allowed $50 to shop with, however that is not enough to get the things he needs to help fight the virus. He is locked inside his room 24/7 with no way to get fresh air. He has not been able to receive phone calls or mail from his lawyer. While trying to fight for his life he is living in harsh conditions. For example, there is black mold and insects around his cell. I am very concerned for Mr. Rodriguez's well being. He has not been able to quarantine in order to get better. I have known Mr. Rodriguez for over 10 years. He was sentenced to 108 months with 60 months in and a release date in 2024. I have been by his side since the very beginning of his bid. I care deeply for Mr. Rodriguez, and I am here to help him recover. I have a job lined up for him as well as a safe place for him to stay. I will help him in any way

I can to make sure he stays on the right path. I am asking that you please help Mr. Rodriguez get approved for a compassionate release.

Thank You,
Chanel Butler